# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 157 MM 2019

               Respondent         :

                 v.             :

DENNIS FREDERICK MADDREY,    :

               Petitioner         :

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of March, 2020, the "Application for Extraordinary Relief/Kings [sic] Bench Authority" is DENIED.